UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>Plaintiffs,<br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>Defendants. | Case No. _____<br><br>Polk County District Court Case No. LACL147301<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION AND LOCAL RULE 81 STATEMENT** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION**

Defendants Des Moines Independent Community School District and Timothy Dowler (hereinafter "Defendants"), for their Notice of Removal of this action to the United States District Court for the Southern District of Iowa, Central Division, under 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 28 U.S.C. § 1441, state:

1. On February 20, 2020, Plaintiff Kristy Mitchell, individually and as mother and next friend of Nevaeh Osorio, filed a Petition in the Iowa District Court for Polk County, bearing case number LACL147301, asserting claims for negligent supervision under Iowa state law and a violation of federal law under 42 U.S.C. § 1983. A true and accurate copy of the Petition is attached hereto as Exhibit A.

-2-

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a)(1), a true and accurate copy of the Affidavits of Service are attached hereto as Exhibit B and C. Defendants have not filed an Answer and no further proceedings have been taken.

3. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) as Defendant Timothy Dowler was served with notice of this suit on March 5, 2020.

4. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) as Defendant Des Moines Independent Community School District was served with notice of this suit on March 4, 2020.

5. This Court has original jurisdiction under the federal question provisions of 28 U.S.C. § 1331, as Plaintiff alleges a violation of federal law through claims for a violation of 42 U.S.C. § 1983.

6. Further, this Court has supplemental jurisdiction under 28 U.S.C. § 1367, for Plaintiffs alleged causes of action centered on Iowa state law, as the claims arise out of the same case or controversy.

7. Venue is in the United States District Court for the Southern District of Iowa Central Division pursuant to 28 U.S.C. § 1441(a) because the Southern District includes Polk County, Iowa.

8. Defendants are, therefore, entitled to remove this action pursuant to 28 U.S.C. 1441(a).

9. No previous application for relief sought herein has been made to this or any other Court.

10. Pursuant to Local Rule 81, Defendant states that the only matter currently pending is the state court matter removed by this Notice.

11. As required by 28 U.S.C. §1446(d), Defendants have provided written notice of the filing of this Notice of Removal to Jeffrey M. Lipman, 1454 30th Street, Suite 205, West Des Moines, Iowa, 50266, 515-276-3411, 515-276-3737 (fax), jeff@lipmanlawfirm.com, and have filed a copy of this Notice of Removal with the Clerk of the State Court. A copy of such notice is attached hereto as Exhibit D.

**WHEREFORE**, Defendants Des Moines Independent Community School District and Timothy Dowler give notice that the above-entitled action now Pending in the Iowa District Court is removed to this Court.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:  /s/ Janice M. Thomas
Janice M. Thomas  AT0007822
Frank M. Swanson  AT00140095
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel:  (515) 246-5828
Fax:  (515) 246-5808
E-Mail:  thomas.janice@bradshawlaw.com
E-Mail:  swanson.frank@bradshawlaw.com

**ATTORNEYS FOR DEFENDANTS DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER**

Copy to:

Jeffrey M. Lipman
Lipman Law Firm, P.C.
1454 30th Street, Suite 205
West Des Moines, IA 50266
Tel: (515) 276-3411
Fax: (515) 276-3736
Email: jeff@lipmanlawfirm.com
**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 24th day of March, 2020 by:

☐ U.S. Mail                ☒ CM/ECF
☐ Hand Delivered    ☐ EMAIL
☐ Federal Express    ☐ EDMS

/s/ Lucy Anderson

E-FILED  2020 FEB 20 10:25 AM POLK - CLERK OF DISTRICT COURT

IN THE DISTRICT COURT OF IOWA IN AND FOR POLK COUNTY

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>Defendants. | CASE NO:<br><br><br>PETITION |

COMES NOW the Plaintiffs, Kristy Mitchell and Nevaeh Osorio, by and through their attorney, Jeffrey M. Lipman of Lipman Law Firm, P.C., located at 1454 30th Street, Suite 205, West Des Moines, Iowa 50266, and pursuant to the laws of the State of Iowa hereby states for this cause of action:

## I.   INTRODUCTION

1. This is a civil action brought by Kristy Mitchell and Nevaeh Osorio for damages arising from injuries sustained by Nevaeh as she was attacked by three of her fellow classmates at the Roosevelt High School Homecoming dance on October 5, 2019. Plaintiff Nevaeh Osorio was a student of Defendant Des Moines Independent Community School District attending the Roosevelt High School Homecoming dance when she became aware three of her classmates intended to start a fight with her. Nevaeh then notified Defendant Timothy Dowler of the danger, and he told her to stand off to the side or go somewhere else. Defendant Timothy Dowler did not do anything to protect the Plaintiff from the danger he was warned about. Neveah was then attacked by the three classmates she told Defendant about and sustained several injuries


EXHIBIT A

including whiplash, concussion, bruises, and scratches. Plaintiffs bring this action for compensatory damages, punitive damages, interest at the maximum legal rate, court costs and any other further relief as the court deems equitable and just.

## II. PARTIES

2. Plaintiff, Kristy Mitchell, at all material times hereto, is a resident of the State of Iowa, residing at 2480 SE Summer Park Drive, Ankeny, Iowa 50021. Plaintiff Kristy Mitchell is the mother and next friend of Plaintiff Nevaeh Osorio.

3. Defendant, Des Moines Independent Community School District, at all material times hereto, is an Iowa school district with its address being 2100 Fleur Drive, Des Moines, Iowa 50321.

4. Defendant, Timothy Dowler, at all material times hereto, was a teacher employed by Defendant, Des Moines Independent Community School District, and a chaperone of the Roosevelt High School Homecoming dance on October 5, 2019.

## III. JURISDICTION AND VENUE

5. This is a claim arising out of State of Iowa law occurring in Polk County, Iowa. As such, this court has jurisdiction over the parties and claims.

6. Venue is properly vested within Polk County, Iowa.

7. Plaintiff's claims exceed the jurisdictional limit for District Court and thus this claim is properly brought in District Court.

## IV. STATEMENT OF MATERIAL FACTS

8. Plaintiffs repleads the allegations contained in paragraphs one (1) through seven (7) above and by this reference incorporates the same as if fully set forth herein.

E-FILED 2020 FEB 20 10:25 AM POLK - CLERK OF DISTRICT COURT

9. On October 5, 2019, Plaintiff Nevaeh Osorio attended Defendant Des Moines Independent Community School District's Roosevelt High School Homecoming Dance.

10. On or about October 5, 2019, Defendant Timothy Dowler was an employee of Des Moines Independent Community School District as a teacher and was a chaperone of the Roosevelt High School Homecoming Dance.

11. Defendant Timothy Dowler was acting within the scope of his employment as a chaperone of the Roosevelt High School Homecoming dance.

12. On or about October 5, 2019, Plaintiff Nevaeh Osorio told Defendant Timothy Dowler that three of her classmates were intending to start a fight with her at the dance.

13. Defendant Timothy Dowler told Plaintiff Nevaeh to stand off to the side or go somewhere else.

14. Defendant Timothy Dowler chose not act to protect Plaintiff from her classmates.

15. Defendant Timothy Dowler had a duty to act to protect Plaintiff Neveah as she was a student of Des Moines Independent Community School District attending the dance.

16. Plaintiff was subsequently attacked by the three classmates of whom she reported to Defendant Timothy Dowler.

17. Plaintiff suffered damages due to Defendant Timothy Dowler's failure to act and to protect her from the other students she feared were going to injure her.

18. Under Iowa Code section 670.2(1), "every municipality is subject to liability for its torts and those of its officers and employees, acting within the scope of their employment or duties."

19. Defendant Des Moines Independent Community School District is a "municipality" as defined under Iowa Code section 670.1.

20. Defendant Des Moines Independent Community School District is responsible for the torts of its employees, namely Defendant Timothy Dowler, who are acting within the scope of employment.

## V.  COUNT I – NEGLIGENT SUPERVISION

21. Plaintiff repleads the allegations contained in paragraphs one (1) through twenty-one (21) above and by this reference incorporates the same as if fully set forth herein.

22. On or about October 5, 2019, Defendant Timothy Dowler did nothing to prevent injury from occurring after being notified by Plaintiff Nevaeh Osorio of the danger of her classmates.

23. Defendants Des Moines Independent Community School District and Timothy Dowler had a duty to protect Plaintiff Nevaeh Osorio from the harmful actions of her peers.

24. Defendants breached their duty of care by failing to act when warned of the imminent danger of attack by Plaintiff's peers.

25. It was reasonably foreseeable that Plaintiff would be in danger if Defendant Timothy Dowler or other staff members did not intervene.

26. Defendants' negligence was a direct and proximate cause of Plaintiff's damages.

27. Due to the negligence of Defendant Des Moines Independent Community School District and its employee Defendant Timothy Dowler, Plaintiff suffered from severe medical injuries.

28. Plaintiff requests a trial by jury of her peers in regard to Count I of this Petition.

WHEREFORE, the Plaintiffs respectfully request this court to enter judgment against the Defendants, Des Moines Independent Community School District and Timothy Dowler in favor of the Plaintiff, for such sums as may be reasonable for compensatory damages, court costs, and any other further relief as the court deems equitable and any other just compensation.

E-FILED 2020 FEB 20 10:25 AM POLK - CLERK OF DISTRICT COURT

## VI. COUNT II- 42 U.S.C. § 1983 FAILURE TO PROTECT

29. Plaintiff repleads the allegations contained in paragraphs one (1) through twenty-eight (28) above and by this reference incorporates the same as if fully set forth herein.

30. Defendant Timothy Dowler was an employee of the State, working for the Des Moines Independent Community School District.

31. On or about October 5, 2019, Defendant Timothy Dowler was a state actor working in his individual capacity at the Roosevelt High School Homecoming Dance.

32. On or about October 5, 2019, Defendant Timothy Dowler was acting under color of state law.

33. Defendant Timothy Dowler knew of Plaintiff Nevaeh's fear of attack from other students at the dance and declined to do anything about it.

34. Defendant Timothy Dowler chose to tell Plaintiff Nevaeh to stand to the side or go somewhere else rather than step in and protect her.

35. Plaintiff Nevaeh Osorio has a right to be safe and protected at school functions.

36. Defendant Timothy Dowler put Plaintiff Nevaeh at risk of serious, immediate and proximate harm when he ignored the danger he was warned of.

37. Plaintiff was deprived of a right secured by the Constitution and the laws of the United States when Defendant Timothy Dowler failed to protect her from the dangerous actions of other students at the dance.

38. Defendant Timothy Dowler actually and obviously knew Plaintiff needed his help, but instead acted with such conscious disregard of the risk, his conduct shocks the conscious.

39. Plaintiffs' damages were directly and proximately caused by Defendant Timothy

Dowler's failure to protect Plaintiff while acting in his individual capacity at the Roosevelt High School Homecoming Dance.

WHEREFORE, the Plaintiffs respectfully request this court enter judgment against the Defendant Timothy Dowler in favor of the Plaintiff, for such sums as may be reasonable for compensatory damages, punitive damages, court costs, attorney fees pursuant to 42 U.S.C. § 1988, and any other further relief as the court deems equitable and any other just compensation.

## VII. REQUEST FOR JURY TRIAL

Plaintiff requests a trial by jury on all claims so triable.

Respectfully Submitted,

Jeffrey M. Lipman   AT0004738
LIPMAN LAW FIRM, P.C.
1454 30th Street, Suite 205
West Des Moines, IA 50266
Phone: (515) 276-3411
Fax: (515) 276-3736
Email: jeff@lipmanlawfirm.com
ATTORNEY FOR PLAINTIFF

Original filed.

E-FILED  2020 MAR 06 4:14 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

CASE NO.: LACL 147301

## AFFIDAVIT OF SERVICE

Kristy Mitchell, individually
and as mother and next friend
of Nevaeh Osorio

    Plaintiff/Petitioner,

vs.

Des Moines Independent
Community School District and
Timothy Dowler

    Defendant/Respondent.

Received by Attorney's Choice on 03/04/2020 to be served upon:

Timothy Dowler

STATE OF IOWA
COUNTY OF POLK   ss.

I, Austin Johnson, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On 03/05/2020 at 01:03 PM, I served the Original Notice & Petition; Jury Demand on Timothy Dowler at 4419 Center St , Des Moines, IA 50312 in the manner indicated below:

INDIVIDUAL SERVICE: I served the same by delivering a copy thereof to the above person personally.

Description of person served:
Sex: Male - Age: 50's - Skin: White - Hair: Brown - Height: 5'10 - Weight: 190

Fee For Service: $50.00

Sworn to and subscribed before me on this

6th day of March, 2020

by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

BRETT ALAN McCORMICK
Commission Number 787910
My Commission Expires
March 02, 20__

X _____
Austin Johnson

Independent Contractor for:

Attorney's Choice
8555 Harbach Ste. 301
Clive, IA 50325
877-827-2909
Atty File#: **LACL 147301**   Our File# 83152


EXHIBIT B

E-FILED   2020 MAR 06 4:14 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

CASE NO.: LACL 147301

### AFFIDAVIT OF SERVICE

Kristy Mitchell, Individually
and as mother and next friend
of Nevaeh Osorio

    Plaintiff/Petitioner,

vs.

Des Moines Independent
Community School District and
Timothy Dowler

    Defendant/Respondent.

Received by Attorney's Choice on 03/04/2020 to be served upon:

Des Moines Independent Community School District

STATE OF IOWA
COUNTY OF POLK   ss.

I, Brett McCormick, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On 03/04/2020 at 01:15 PM, I served the Original Notice & Petition; Jury Demand on Des Moines Independent Community School District at 2100 Fleur Drive, Des Moines, IA 50321 in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above.

NAME: Pam Gomez TITLE/RELATION: authorized to accept service

Description of person served:
Sex: Female - Age: 60's - Skin: White - Hair: White - Height: 5'6 - Weight: 140

Fee For Service: $50.00

Sworn to and subscribed before me on this 5th day of March, 2020 by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

Heather Will
Commission Number 783328
My Commission Expires
March 26, 2020

Brett McCormick
Independent Contractor for:

Attorney's Choice
8555 Harbach Ste. 301
Clive, IA   50325
877-827-2909
Atty File#: LACL 147301   Our File# 83151



EXHIBIT C

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>    Plaintiffs,<br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>    Defendants. | LAW NO. LACL147301<br><br><br><br><br><br>**NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT** |

COME NOW the Defendants, Des Moines Independent Community School District and Timothy Dowler, by and through the undersigned counsel, and give notice to Plaintiffs in the above-captioned action that these Defendants on March 24, 2020 filed a Notice of Removal in the United States District Court for the Southern District of Iowa, Central Division. A copy of the Notice of Removal and all Exhibits thereto are attached to this Notice.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:      */s/ Janice M. Thomas*
    Janice M. Thomas  AT0007822
    Frank M. Swanson  AT00140095
    801 Grand Avenue, Suite 3700
    Des Moines, IA  50309-8004
    Tel: (515) 246-5828
    Fax: (515) 246-5808
    E-Mail: thomas.janice@bradshawlaw.com

**ATTORNEYS FOR DEFENDANTS DES MOINES INDEPENDENT SCHOOL DISTRICT and TIMOTHY DOWLER**

EXHIBIT D

-2-

Copy to:

Jeffrey M. Lipman
Lipman Law Firm, P.C.
1454 30th Street, Suite 205
West Des Moines, IA 50266
Tel: (515) 276-3411
Fax: (515) 276-3736
Email: jeff@lipmanlawfirm.com
**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 24th day of March, 2020 by:

☐ U.S. Mail ☐ CM/ECF
☐ Hand Delivered ☐ EMAIL
☐ Federal Express ☒ EDMS

/s/ Lucy Anderson