UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>    Plaintiffs,<br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>    Defendants. | Case No. 4:20-cv-00109-SMR-HCA<br><br><br><br><br>**JOINT AGENDA FOR NOVEMBER 24, 2020 STATUS CONFERENCE** |

    COME NOW the Parties through their counsel of record and hereby submit this joint agenda for the November 24, 2020 status conference:

    1.    The Parties have been undergoing discovery in this matter.

    2.    The Parties are working toward completion of expert reports and depositions.

    3.    The Defendants have requested an extension of the expert deadline to December 4, 2020 with rebuttal experts being due January 4, 2021. This is the only issue the Parties would have before the Court. The motion has been filed to request the extension.

    4.    The Parties do not have anything additional to discuss with the Court at this time.

LIPMAN LAW FIRM, P.C.

By:  */s/ Jeffrey M. Lipman*
Jeffrey M. Lipman, AT0004738
1454 - 30th Street, Suite 205
West Des Moines, IA  50266
Tel:  (515) 276-3411
Fax:  (515) 276-3736
Email:  jeff@lipmanlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:  */s/ Janice M. Thomas*
Janice M. Thomas, AT0007822
Frank M. Swanson AT0014095
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel: (515) 246-5828
Fax: (515) 246-5808
Email:  thomas.janice@bradshawlaw.com
Email:  swanson.frank@bradshawlaw.com

**ATTORNEYS FOR DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 13th day of November, 2020 by:

☐ U.S. Mail                ☒ CM/ECF
☐ Hand Delivered           ☐ EMAIL
☐ Federal Express          ☐ EDMS

*/s/ Lucy Anderson*