UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>　　　Plaintiffs,<br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>　　　Defendants. | Case No. 4:20-cv-00109-SMR-HCA<br><br><br><br><br>**JOINT AGENDA FOR JANUARY 21, 2021 STATUS CONFERENCE** |

COME NOW the Parties through their counsel of record and hereby submit the status as follows:

1.　The Parties have completed discovery in this matter.

2.　The Parties do not have any matters to discuss at the Status Conference.

　　　　LIPMAN LAW FIRM, P.C.


　　　　By:　　　　*/s/ Jeffrey M. Lipman*
　　　　　　Jeffrey M. Lipman, AT0004738
　　　　　　1454 - 30th Street, Suite 205
　　　　　　West Des Moines, IA  50266
　　　　　　Tel:  (515) 276-3411
　　　　　　Fax:  (515) 276-3736
　　　　　　Email:  jeff@lipmanlawfirm.com

　　　ATTORNEYS FOR PLAINTIFFS

WANDRO & ASSOCIATES, P.C.

By:     */s/ Alison F. Kanne*
Alison F. Kanne  AT0013262
2501 Grand Avenue, Suite B
Des Moines, IA  50312
Tel:  (515) 281-1475
Fax:  (515) 281-1474
Email:  akanne@2501grand.com

ATTORNEYS FOR PLAINTIFFS

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:     */s/ Janice M. Thomas*
Janice M. Thomas  AT0007822
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel:  (515) 246-5828
Fax:  (515) 246-5808
Email:  thomas.janice@bradshawlaw.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 19th day of January, 2021 by:

☐ U.S. Mail      ☒ CM/ECF
☐ Hand Delivered      ☐ EMAIL
☐ Federal Express      ☐ EDMS

    */s/ Lucy Anderson*