UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>　　　Plaintiff,<br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>　　　Defendants. | Case No. 4:20-cv-00109-SMR-HCA<br><br><br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** the Defendants, Des Moines Independent Community School District ("District") and Timothy Dowler ("Dowler"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 56, and for their Motion for Summary Judgment, hereby state as follows:

1.　　Plaintiff filed a Petition against District and Timothy Dowler in the Iowa District Court for Polk County on February 20, 2020.

2.　　The matter was removed to the United States District Court for the Southern District of Iowa, Central Division.

3.　　Plaintiff's Petition asserts two causes of action against the Defendants. The Petition alleged a claim of negligent supervision and alleges District and Dowler breached a duty to protect Osorio.

4.　　Plaintiff's Petition alleges Dowler failed to protect Osorio in violation of 42 U.S.C. § 1983.

5. A review of the pleadings and documentary evidence shown of record reveals there is no genuine issue of material fact left to be tried with respect to Plaintiff's causes of action against Defendants and Defendants are entitled to summary judgment.

6. Attached is a Statement of Undisputed Material Facts in Support of the Motion with Appendix exhibits in support of the Motion for Summary Judgment.

7. Filed contemporaneously herewith is a Memorandum of Authorities in Support of this Motion for Summary Judgment, which sets forth the facts and law relied upon by Defendants.

**WHEREFORE**, Defendants Des Moines Independent Community School District and Timothy Dowler hereby pray that the Court set this Motion for Summary Judgment for hearing and following said hearing, judgment enter judgment in favor of the Defendants and dismiss Plaintiff's Petition at her costs and for such other relief as is deemed equitable by the Court.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:     */s/ Janice M. Thomas*
Janice M. Thomas  AT0007822
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Tel:  (515) 246-5828
Fax:  (515) 246-5808
Email:  thomas.janice@bradshawlaw.com

**ATTORNEYS FOR DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER**

-3-

Copy to:

Jeffrey M. Lipman
Lipman Law Firm, P.C.
1454 - 30th Street, Suite 205
West Des Moines, IA  50266
Tel:  (515) 276-3411
Fax:  (515) 276-3736
Email:  jeff@lipmanlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

Alison F. Kanne
Wandro & Associates, P.C.
2501 Grand Avenue, Suite B
Des Moines, IA  50312
Tel:  (515) 281-1475
Fax:  (515) 281-1474
Email:  akanne@2501grand.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 15th day of February, 2021, by:

☐ U.S. Mail                ☐ CM/ECF
☐ Hand Delivered           ☐ EMAIL
☐ Federal Express          ☒ EDMS

                    /s/ Lucy Anderson