UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO,<br><br>    Plaintiff,<br><br>v.<br><br>DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT and TIMOTHY DOWLER,<br><br>    Defendants. | Case No.: 4:20-cv-00109-SMR-HCA<br><br><br>**PLAINTIFF'S RESISTANCE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW the Plaintiff and hereby resists Defendants' Motion for Summary Judgment and incorporates Plaintiff's Response to Defendants' Statement of Facts, Brief in Resistance to Motion for Summary Judgment and Appendix.

Respectfully submitted,


*/s/ Jeffrey M. Lipman*
Jeffrey M. Lipman      AT0004738
LIPMAN LAW FIRM, P.C.
1454 30th St. Suite 205
West Des Moines, IA 50266
Telephone: (515) 276-3411
Facsimile: (515) 276-3736
Email: jeff@lipmanlawfirm.com

*/s/ Alison F. Kanne*
Alison F. Kanne        AT0013262
Wandro & Associates, P.C.
2501 Grand Avenue, Suite B
Des Moines, IA 50312
T: (515) 281-1475
F: (515) 281-1474
Email: akanne@2501grand.com
**ATTORNEYS FOR PLAINTIFF**

1

Copy via Efiling to:

Janice M. Thomas
BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

**ATTORNEYS FOR DEFENDANTS**