UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KRISTY MITCHELL, individually and as mother and next friend of NEVAEH OSORIO, <br><br> Plaintiffs, <br><br> v. <br><br> DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT AND TIMOTHY DOWLER, <br><br> Defendants. | Case No.: 4:20-cv-00109-HCA <br><br><br> **MOTION TO CONTINUE** <br><br> **UNOPPOSED** |

COMES NOW the Plaintiff, by and through her undersigned attorneys, Alison F. Kanne and Jeffrey M. Lipman, and hereby moves the Court to continue the June 15, 2021 hearing on Motion for Summary Judgment and August 30, 2021 trial date. In support, the Plaintiff states:

1.      Hearing on Plaintiff's Motion for Summary Judgment is currently set for June 15, 2021.

2.      Plaintiff's undersigned attorney, Jeffrey M. Lipman is unable to attend the hearing due to a scheduled trial for a different matter.

3.      Hearing on Plaintiff's trial is currently set for August 30, 2021.

4.      Plaintiff's undersigned attorney, Alison F. Kanne is unable to attend trial due to prior commitments.

5.      Hearing on Plaintiff's Motion for Summary Judgment was set previously for June 22, 2021 and continued to June 15, 2021 after Defendants filed a motion to continue that hearing.

6.      Counsel for the Plaintiff have spoken with Defendants' counsel concerning the continuance of the summary judgment hearing and the trial set for August 30, 2021. Defendants'

counsel does not object, with the stipulation that expert deadlines are not continued. Plaintiff's counsel agrees with this.

7.      Defendants will not be prejudiced by the granting of a continuance of either the hearing on summary judgment or the trial date.

8.      All parties would like a status conference to discuss hearing date for the Motion for Summary Judgment.

WHEREFORE, Plaintiff hereby requests a continuance of the hearing for the Motion for Summary Judgment currently scheduled for June 15, 2021 and the trial currently scheduled for August 30, 2021. Plaintiff and Defendants further respectfully request that the Court set a status hearing conference to discuss a new date for the summary judgment hearing.

Respectfully submitted,

*/s/ Alison F. Kanne*
Alison F. Kanne        AT0013262
Wandro & Associates, P.C.
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: akanne@2501grand.com

__*/s/ Jeffrey M. Lipman*_____
Jeffrey M. Lipman AT0004738
LIPMAN LAW FIRM, P.C.
1454 30th Street Suite 205
West Des Moines, Iowa 50266
Phone: (515) 276-3411
Fax: (515) 276-3736
Email: jeff@lipmanlawfirm.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record via email and EDMS on May 27, 2021.

*/s/ Alison F. Kanne*

Copies by email to:

Janice M. Thomas
801 Grand Avenue, Suite 3700
Des Moines, IA 50309
Thomas.janice@bradshawlaw.com
ATTORNEY FOR DEFENDANTS