## United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, Chief U.S. Magistrate Judge

Case No. 4:20-cv-00109-HCA : Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Kristy Mitchell, Individually and as Next friend Nevaeh Osorio | Des Moines Independent Community School District and Timothy Dowler |

Plaintiff(s) Counsel: Jeffrey M. Lipman

Defendant(s) Counsel: Janice M. Thomas

Court Reporter: SueAnn Jones : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Motion Summary Judgment by Des Moines Independent Community School District, Timothy Dowler. [ECF 35] | Ruling Reserved |

Proceedings:

Counsel appear in person for a Motion Hearing on Defendants' Motion for Summary Judgment [35]. Defendants present argument in support of their or Summary Judgment. Plaintiff responds with argument in resistance. Defendants present reply argument. Court holds colloquy with counsel regarding the Motion. The matter was taken under advisement.

Time Start: 10:56 a.m.
Time End:  11:53 a.m.
Date: June 30, 2021

/s/ B. Martin
_____
Law Clerk